UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:24-cr-00227-SEP-1 |
| ) | |
| DAVID S. BECKER, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

Before the Court is Defendant's Motion to Suppress Evidence, Doc. [38]. The Court referred this matter to United States Magistrate Judge Patricia L. Cohen for a Report and Recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On January 28, 2025, after briefing and an evidentiary hearing, Judge Cohen filed her Report and Recommendation, Doc. [54], recommending that the Motion to Suppress Evidence be denied.

Defendant's objections to the Report and Recommendation restate his arguments to Judge Cohen. *See* Doc. [55]. After careful de novo review of all filings related to Defendant's motion and objections, *see* Docs. [38], [41], [41-1], [41-2], [41-3], [41-4], [45], [52], [53], [54], [55], [56], and a transcript of the evidentiary hearing, the Court agrees with Judge Cohen's analysis and adopts her conclusions: The search warrant was supported by probable cause, and Mr. Becker's Fourth Amendment rights were not violated. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Patricia L. Cohen, Doc. [54], filed January 28, 2025, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence, Doc. [38], is **DENIED**.

**IT IS FINALLY ORDERED** that this case is set for trial on **May 5, 2025, at 9 a.m.** in the courtroom of the undersigned.

Dated this 12th day of March, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE