UNITED STATES DISTRICTCOURT
EASTERN DISTRICT OF
MISSOURI EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24 CR 227 SEP |
| DAVID S. BECKER | ) |
| Defendant. | ) |

The parties hereby provide the following Statement of the Case:

It has been charged that between on or about August 1, 2021, and May 22, 2023, in the Eastern District of Missouri, Defendant David S. Becker did commit the offense of possession of child pornography in violation of Title 18, United States Code, Section 2252A(a)(5). It has further been charged that between on or about August 1, 2019, and May 22, 2023, in the Eastern District of Missouri, Defendant David S. Becker did commit the offense of attempted coercion and enticement in violation of Title 18, United States Code, Section 2422(b) via internet-facilitated communications regarding a person the Defendant believed to be a minor child named "Lea." The Defendant has pled not guilty to these charges.

THOMAS C. ALBUS
United States Attorney

8-11-25
Date

/s/ Jillian S. Anderson
Jillian S. Anderson
Assistant United States Attorney

8-11-25
Date

/s/ Joseph M. Hogan
Joseph M. Hogan
Counsel for Defendant

8-11-25
Date

David S. Becker
Defendant