RECEIVED
NOV 06 2025
BY MAIL

From: Bryan R. Becker            Oct. 28, 2025
1211 Westridge Dr
Atchison, KS 66002

TO: The Honorable Judge Sarah Pitlyk
Thomas Eagleton Courthouse
111 South 10
St. Louis, MO 63102

RE: Sentencing of David S. Becker, Case No#

Your Honor,

    I am Bryan R. Becker, the brother of David S. Becker. I am writing respectfully to ask for mercy and leniency in connection with the upcoming sentence for my brother. I understand the seriousness of his actions and the impact they could have had; I am not seeking to minimize the potential harm that could have been caused by his thoughts. I am asking only that the Court consider the following information about his character, his circumstances, and the support available to him should the Court show leniency.

David was born to good, hard-working Christian parents, in a little town Palmyra, MO. He was raised to know right from wrong. He was raised in a religious home, attending Church, Sunday School, every Sunday. His grandfather was the Lutheran Minister for over 50 years, was a missionary in Brazil after graduating from Concordia Lutheran Seminary in St. Louis.

David was an Eagle Scout, living the Scout Law, and Oath. After high school graduation he attended and earned his Emergency Medial Technician License and went to work in Hannibal MO on the ambulance. He continued his education and earned his Para-Medic License, one of the first in Missouri. He moved to St. Louis and worked for Chesterfield Fire Department on the Ambulance and continued his education eventually earning a Bachelor, and Master's Degree. David was in charge of several large Ambulance Districts, in Missouri, and Colorado. He returned to St. Louis and began teaching Para-Medic Classes at the college level in St. Louis and online courses. He was recognized for his achievements, dedication to his profession and served on the National Firefighters Union for many, many years. He was active in a Lutheran Church in St. Louis, serving as an elder of the church. He recently fell away from the church after his second wife died.

The events that were brought before the Court occurred during a difficult time in his life when he was extremely lonely, following the death of his wife. David's wife was an alcoholic; he hid this from his family for many years. He cared for her and stayed with her through the years showing how much he loved her. We found out just prior to her death;

she was drunk and fell down the basement stairs in their home and hit her head on the tile floor causing a severe head injury. She was estranged from her two girls at the time; they had not given their mother the time of day for some time. After her death, they gave even less to David even though he had taken care of Maureen for many years. This extreme loneliness I believe is what caused him to seek companionship on the internet. In my opinion, his seeking companionship with this person called Carol from France, a self-exclaimed porn-star that she is the one who actually started all this. Once he was hooked he would do anything, say anything, to seek her approval and what he thought was her love. To this day I do not believe that anyone knows who or where this person is who prayed on his emotions and feelings.

Since the trial, David has expressed genuine remorse, admitted his mistakes to our family, asked for our forgiveness and has shown a strong desire to get right with our Lord. He is in God's word and prayer everyday seeking his wisdom for his life. Trying to find God's plan for himself going forward. He has begun to participate in bible study and worship while in jail in St. Geneieve.

My brother, Paul and I have been trying to do what we can to take care of his home, his bills, and handle all the things that he cannot do. I promise that we will continue to be a support network for him to personally ensure that he attends all required programs and complies with any supervision that the Court may impose.

If given the opportunity to remain in the community, he plans on attending any ongoing treatment, perform community service, follow any and all probation mandates and to contribute positively rather than return to past behaviors.

With help from a treatment plan, and family members supervision, he posses a low risk of reoffending and is likely to succeed in rehabilitation. A sentence that allows for rehabilitation outside of long-term imprisonment, such as probation with mandatory treatment, community supervision, and other alternatives the Court finds appropriate. I only ask for the chance to help my brother rebuild his life and be a productive member of the community again.

Thank you for your time and consideration.

Respectfully,


Bryan R. Becker
(913) 360-3954

Bryan Becker
1211 Westridge Dr
Atchison, KS  66002

KANSAS CITY  640

3 NOV 2025  PM 4  L



**RECEIVED**

NOV 0 6 2025

**BY MAIL**

The Honorable Judge Sarah Pitlyk

Thomas Eagleton Courthouse
111 South 10th
St. Louis MO   63102

63102-112748