RECEIVED
NOV 1 2025
BY MAIL

# MICK J. SANDERS

1124 Lancaster Drive, St. Charles, MO 63301     Tel: 314-914-1253     Email: micksanders@charter.net

November 9, 2025

Judge Pitlyk
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO  63102

Dear Judge Pitlyk,

When sentencing David S. Becker, I would ask that you consider the following:

I have known David for about 45 years. We worked together as paramedics at the St. Charles County Ambulance District. We also worked together for many years in emergency departments at several St. Louis area hospitals. I knew David both professionally and socially, and considered him to be a good friend.

In addition to providing patient care, David was involved in local, state, and national EMS/Fire Service organizations. He was a national speaker, published author, and he worked as a lead instructor for bachelor's and master's degree programs for Columbia Southern University. Over the years, David remained active in his church, and made time to volunteer for charitable causes, including food banks at area shelters and delivering meals to the needy on Christmas and Thanksgiving. David had a good heart.

In all the years I have known David, I never witnessed anything untoward from him. I was very surprised to learn about the charges that led to his conviction. I'm not sure what led him down such a dark path, but I hope you consider my comments in your deliberations. Thank you.

Respectfully,

*Mick J. Sanders*
Mick J. Sanders



Mick Sanders
1124 Lancaster Dr
Saint Charles, MO 63301-0677



SAINT LOUIS MO 630
10 NOV 2025 PM 5 L

1775 ★ 2025

**RECEIVED**
NOV 12 2025
**BY MAIL**

Judge Pitlyk
Thomas Eagleton US Courthouse
111 South 10th Street
St. Louis, MO 63102

63102-112748