UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:24-CR-227-SEP |
| | ) | |
| **DAVID BECKER,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR RECONSIDERATION OF ORDER OF DETENETION AND REQUEST FOR SELF SURRENDER AFTER SENTENCING

Comes now David Becker, through his attorney, Joseph M. Hogan and hereby requests this Honorable Court reconsider the order of detention entered on August 12, 2025, and order the defendant released from custody and allow the defendant to self-surrender to the designated Federal Bureau of Prison's facility. In support thereof, the defendant states to the Court as follows:

David Becker was found guilty of one count of Possession of Child Pornography pursuant to 18 U.S.C. § 2252A(a)(5) and one count of Attempted Coercion and Enticement of a Minor pursuant to 18 U.S.C. § 2422(b) on August 13, 2025.  A Sentencing Hearing is scheduled for January 6, 2026. The defendant shall file a notice of appeal after the Court enters judgment.

The defendant requests this Court reconsider the Order of Detention issued on August 12, 2025, and asserts that there exists a combination of conditions that will reasonably assure his appearance as required and reasonably assure the safety of the community if released:

1. He will participate in the location monitoring program and consents to the most restrictive conditions the Court may wish to impose.
2. He will participate in any and all programs and or counseling recommended by the United States Pretrial Services Office.
3. He will refrain from the use of illegal substances.

WHEREFORE, in consideration of the combination of bond conditions offered by the defendant that will reasonably assure his appearance as required and will reasonably ensure the safety of the community if released.  The defendant requests this Court reconsider the Order of Detention in this case and release the defendant on bond and impose the conditions outlined in this motion and any other conditions the Court deems just and proper.

Respectfully submitted,

/S/  Joseph M. Hogan
Joseph M. Hogan, 47008MO
Attorney for Defendant
7710 Carondelet, Ste. 404
Clayton, Missouri 63105
(314) 863-9898
jmhogan4090@sbcglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically delivered to:

Assistant United States Attorney's Office
111 South 10th Street
St. Louis, Missouri 63102

This 29th day of December 2025.

Signature, Joseph M. Hogan